IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | No. 2:24-CV-1773-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| NICOLOFAR FADIKA, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an order directing service of a subpoena for medical records by the United States Marshal. See ECF No. 11.

Plaintiff's motion will be denied as unnecessary. Attached to Plaintiff's motion is a subpoena directed to the Sacramento County Main Jail, where Plaintiff is a pre-trial detainee, for his medical records. A subpoena is not necessary for Plaintiff to obtain his own medical records, which can be obtained from the jail by way of request and execution of a release.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 11, is DENIED as unnecessary.

**Dated:  September 24, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE